

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ACME ENERGY SERVICES, INC. d/b/a BIG DOG DRILLING, | § | No. 08-17-00145-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 109th District Court |
| | § | |
| SANDRA H. STALEY, INDIVIDUALLY AS INDEPENDENT EXECUTRIX OF | | of Winkler County, Texas |
| THE ESTATE OF GEORGE G. STALEY, | § | (TC# 15,681–B) |
| DECEASED, AND AS TRUSTEE OF | § | |
| THE TAX FREE TRUST FOR SANDRA H. STALEY, | § | |
| | § | |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF FEBRUARY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Larsen, Senior Judge
Larsen, Senior Judge (Sitting by Assignment)